IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN THOMAS BECHARD and
KATHLEEN LYNN BECHARD,

    Plaintiffs,

v.

JAMES M. ISSAACSON, CHRISTINE
GIMBER, BRAD JAMES COLBERT,
PAMELA S. LAHR and RUDY PEREIRA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-764-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiffs leave to proceed and dismissing this case without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).


    /s/                                                                                       11/7/2014

Peter Oppeneer, Clerk of Court                                  Date